[No. 14383-6-II.  Division Two.  December 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD J. HIGGONS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-1-00382-3, James D. Roper, J., entered November 1, 1990. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Morgan, J.

[No. 15069-7-II.  Division Two.  December 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY R. PALMER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-1-00284-8, Joel M. Penoyar, J., entered June 11, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Houghton, J.

[No. 15207-0-II.  Division Two.  December 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD J. COMMODORE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 251667R041, Robert H. Peterson, J., entered July 19, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Houghton, J.